FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MONROE MCGHEE, ADC#97826                   PLAINTIFF

v.            No. 2:02-CV-166 SWW / HLJ

LARRY NORRIS, et al                  DEFENDANTS

### ORDER OF DISMISSAL

Upon the Joint Motion for Dismissal of Complaint pursuant to the Release and Settlement Agreement entered into among the parties, and for good cause shown, the Joint Motion for Dismissal of Complaint is hereby GRANTED and the Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2006.

_____
Hon. Susan Webber Wright
United States District Judge

Prepared by:
C. Joseph Cordi, Jr.
Assistant Attorney General
Counsel for Defendants Norris, Hobbs, Evans, Walls, Fitts, Barnes, and Steele

Approved as to form by:

_____
Jack R. Kearney, Esq.
Counsel for the Plaintiff